# Exhibit B

FILED: NEW YORK COUNTY CLERK 10/06/2025 07:50 PM                INDEX NO. 654829/2025
NYSCEF DOC. NO. 5                                               RECEIVED NYSCEF: 10/06/2025

# SUPREME COURT OF THE STATE OF NEW YORK

# COUNTY OF NEW YORK

Index No. 654829/2025

JUSTIN GOLDMAN,

Plaintiff,

-against-

NBC UNIVERSAL MEDIA LLC,

Defendant.

## AMENDED COMPLAINT

### PRELIMINARY STATEMENT

1. This case arises from NBCUniversal's deliberate and repeated misuse of Plaintiff's copyrighted photograph of Tom Brady (the "Photograph").
2. Over nearly a decade, NBCUniversal ("NBC") has made unauthorized use of the Photograph, been caught, and entered **three separate settlements**—in 2016, July 2025, and August 1, 2025—each time promising "final resolution."
3. Each time, NBC assured Plaintiff that all infringing copies were removed, yet each time Plaintiff later discovered **additional NBC uses still online or newly republished**.
4. NBC's pattern demonstrates willful disregard for the law and calculated **bad faith**—using settlement agreements not to correct wrongdoing, but to temporarily silence the photographer, only to continue exploiting the same work.
5. When confronted yet again after the August 2025 settlement, NBC's attorneys resorted to **threats of recovering attorneys' fees**, attempting to intimidate Plaintiff into dropping his claims. These threats are especially egregious because NBC is the party that repeatedly causes the same dispute through its own negligence and deception.
6. No reasonable litigant settles three times for the same photo and then claims victimhood. NBC's reliance on those settlements as a defense is itself evidence of a cynical pattern of **manipulation, coercion, and misuse of the judicial process.**

FILED: NEW YORK COUNTY CLERK 10/06/2025 07:50 PM                INDEX NO. 654829/2025
NYSCEF DOC. NO. 5                                               RECEIVED NYSCEF: 10/06/2025

## PARTIES, JURISDICTION, AND VENUE

7. Plaintiff Justin Goldman is a professional photographer residing in New York, New York, and the sole copyright owner of the Photograph.
8. Defendant NBCUniversal Media, LLC is a Delaware limited-liability company with principal offices at 30 Rockefeller Plaza, New York, New York 10112.
9. NBC conducts continuous and substantial business in this County; jurisdiction and venue are proper under CPLR §§ 301–302, 503.

## FACTUAL BACKGROUND

10. Plaintiff created the Photograph, which has become widely recognized and licensed internationally.
11. NBC first infringed the Photograph in 2016, leading to a settlement and payment to Plaintiff.
12. NBC infringed again in 2021, resulting in a second settlement in July 2025.
13. On August 1, 2025, the parties executed a **third agreement** (the "2025 Agreement"), under which NBC paid $44,750 and explicitly warranted that it had removed all copies and that the agreement **"grants no rights to use the Photograph in the future."**
14. Within weeks of that agreement, Plaintiff discovered new NBC-affiliated web pages and social-media posts publicly displaying the Photograph, including content with publication dates **after August 1, 2025**.
15. When Plaintiff brought this to NBC's attention, NBC's attorneys did not deny the use—they instead threatened to seek **attorneys' fees** if Plaintiff pursued further action.
16. Such threats are a transparent attempt to weaponize NBC's financial resources against an individual creator, to deter enforcement through intimidation rather than compliance.
17. NBC's repeated settlements, concealment of ongoing uses, and fee threats collectively constitute **fraudulent inducement, bad-faith negotiation, and coercive litigation tactics.**
18. To the extent the undisclosed uses existed before August 1, 2025, NBC's failure to reveal them during negotiations was a **material fraudulent omission** that voids the release.
19. To the extent the uses occurred after that date, they are new infringements wholly outside the scope of the release.
20. NBC's conduct has caused Plaintiff financial harm, loss of licensing revenue, reputational damage, and the unnecessary burden of defending his rights against a repeat infringer with vast resources.

## CAUSES OF ACTION

### COUNT I – Copyright Infringement (17 U.S.C. § 501)

21. Plaintiff repeats and realleges paragraphs 1–20.
22. Plaintiff owns a valid copyright in the Photograph.

FILED: NEW YORK COUNTY CLERK 10/06/2025 07:50 PM                INDEX NO. 654829/2025
NYSCEF DOC. NO. 5                                               RECEIVED NYSCEF: 10/26/2025

23. NBC reproduced, displayed, and distributed the Photograph without license or authorization after August 1, 2025.
24. NBC's actions constitute willful infringement, undertaken with full knowledge of Plaintiff's rights following three prior settlements.
25. Plaintiff seeks statutory damages up to $150,000 per infringement, or actual damages and profits, plus costs and attorneys' fees under § 505.

### COUNT II – Fraudulent Inducement and Concealment

26. NBC knowingly misrepresented that all uses of the Photograph had been removed to induce Plaintiff to execute the August 2025 settlement.
27. These statements were false; NBC concealed ongoing or new uses and failed to disclose them during negotiations.
28. NBC's threats of attorneys'-fee recovery when confronted further demonstrate intent to intimidate and manipulate Plaintiff into silence.
29. This fraud is distinct from the claims released by the settlement and renders the release voidable as to the newly discovered infringements.

### COUNT III – Gross Negligence

30. NBC owed Plaintiff a duty to exercise reasonable care in ensuring the Photograph's removal from its platforms and affiliates.
31. NBC breached that duty by repeatedly failing to implement or maintain effective removal protocols, despite three prior settlements.
32. This conduct amounts to gross negligence and reckless disregard for Plaintiff's rights.

### COUNT IV – Breach of Contract (Alternative)

33. Paragraph 2 of the 2025 Agreement required NBC to remove the Photograph and cease all distribution.
34. NBC's continued display after August 1, 2025 constitutes a material breach of that agreement.
35. Plaintiff seeks compensatory damages exceeding $75,000.

### DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests judgment against NBC as follows:
a. Statutory damages up to $150,000 per willful infringement, or actual damages totaling not

less than $750,000;
b.    Punitive damages for NBC's fraud, bad faith, and coercive conduct;
c.    Plaintiff's costs and reasonable attorneys' fees;
d.    Injunctive relief permanently barring NBC from further use or display of the Photograph; and
e.    Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

**Dated:** October 6th, 2025
**New York, New York**

**Justin Goldman**
(917) 891-0699
*Plaintiff Pro Se*